# Court of Appeals
# of the State of Georgia

ATLANTA,   April 29, 2013

*The Court of Appeals hereby passes the following order:*

## A13D0322. GEGE ODION v. TITILAYO A. ODION.

Gege Odion and Titilayo Odion were divorced in 2003. The Gwinnett County Superior Court entered a final judgment and decree. Titilayo Odion has filed three subsequent actions since the divorce, all involving contempt against Gege Odion related to child support arrearages. On October 17, 2012, Gege Odion filed an Application for New Award of Custody and Complaint for Contempt in Gwinnett Superior Court. Titilayo Odion counterclaimed for contempt based on child support arrearages. She also filed a Motion to Dismiss for Inconvenient Forum. The trial court granted the motion to dismiss, finding that Texas is a more appropriate forum to hear the contempt and modification action. Gege Odion filed an application for discretionary appeal in this Court.

The issues in this case arise out of the child support and custody provisions of a divorce decree. Although the Court of Appeals may review cases relating solely to child custody, the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6); see *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008) (an appeal from a judgment in a contempt action seeking to enforce any portion of the divorce decree other than child custody is ancillary to divorce and alimony and falls within the Supreme Court's jurisdiction). In Georgia, child support is a form of alimony. *Smith v. Smith*, 254 Ga. 450, 451 (1) (330 SE2d 706) (1985) (the purpose of alimony is to provide *support* for the needy spouse and minor children). Accordingly, this application is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* <u>04/29/2013</u>
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*